# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
)  Case No.   1:19-SW-93
Information associated with )
GEORGEMIDEASTINSIGHT@HOTMAIL.COM that are in )
custody of the Federal Bureau of Investigation located at 9325 )
Discovery Blvd., )
Manassas, Virginia 20109 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Eastern___ District of ___Virginia___
*(identify the person or describe the property to be searched and give its location):*

See attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___FEB. 27, 2019___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___John F. Anderson___
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of ___

Date and time issued: ___FEB. 13, 2019___
                      ___11:45 AM___

/s/ ___[signature]___
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, Virginia

The Honorable John Anderson, Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 1:19-SW-93 | Date and time warrant executed: 2/14/19 10:10 AM | Copy of warrant and inventory left with: N/A - PUT TO FBI FILE |
| Inventory made in the presence of: TED P DELACOURT |||
| Inventory of the property taken and name of any person(s) seized: |||

DIGITAL CONTENTS OF 1B6 - TWO (2) DVD COMPUTER DISKS CONTAINING FILES RELATED TO GEORGEMIDEASTINSIGHT@HOTMAIL.COM

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/14/19

*Executing officer's signature*

TED P DELACOURT - FBI SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A

## DESCRIPTION OF THE ITEMS TO BE SEARCHED

This warrant applies to information associated with the account georgemideastinsight@hotmail.com which was previously stored at premises owned, maintained, controlled, or operated by Microsoft Inc., an e-mail provider headquartered at One Microsoft Way, Redmond, WA 98052 (the "SUBJECT FILES"). The SUBJECT FILES are currently located on two computer disk DVDs that are in the custody of the Federal Bureau of Investigation in its Northern Virginia Resident Office, 9325 Discovery Boulevard, Manassas, Virginia 20109.

# ATTACHMENT B

Items to be Seized

I. **Information to be disclosed:**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Federal Bureau of Investigation in its Northern Virginia Resident Office, 9325 Discovery Boulevard, Manassas, Virginia for the accounts or identifiers listed in Attachment A:

    a. The contents of all e-mails stored in the accounts (including attachments), including copies of e-mails sent to and from the accounts, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

    b. Any deleted emails, including any information described in subparagraph "a," above;

    c. All records or other information regarding the identification of the accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the accounts were created, the length of service, the types of service utilized, the IP address used to register the accounts, log-in IP addresses associated with session times and dates, accounts' status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    d. All records or other information stored by the accounts, including but not limited to, push tokens, chat logs, address books, contact and buddy lists, calendar data, pictures, videos and files;

e. The content of any and all cloud storage accounts;

f. All records pertaining to voice transactions/calls;

g. All records pertaining to communications between Microsoft and any person regarding the accounts, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

1. All information described above in Section I, including correspondence, records, documents, photographs, videos, electronic mail, chat logs, and electronic messages that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252(a)(1) and (b)(1) (transportation of visual depictions of minors engaged in sexually explicit conduct); 2252(a)(2) and (b)(1) (receipt and distribution of visual depictions of minors engaged in sexually explicit conduct); 2252(a)(4)(B) and (b)(2) (possession of and access with intent to view a visual depiction of a minor engaged in sexually explicit conduct); 2252A(a)(1) and (b)(1) (transportation of child pornography); 2252A(a)(2)(A) and (b)(1) (distribution and receipt of child pornography); and 2252A(a)(5)(B) and (b)(2) (possession of and access with intent to view child pornography) including, for each account or identifier listed on Attachment A, information pertaining to the following matters, including attempting and conspiring to engage in the following matters:

    a. Any and all data, records, communications or information reflecting evidence, fruits, instrumentalities, and contraband of the crimes listed above;

2. Credit card and other financial information including but not limited to bills and payment records;

3

3. Evidence of who used, owned, or controlled the accounts or identifiers listed on Attachment A;

4. Evidence of the times the accounts or identifiers listed on Attachment A was used;

5. Passwords and encryption keys, and other access information that may be necessary to access the accounts or identifiers listed on Attachment A and other associated accounts.