IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 1:19-CR-201 |
| | ) | |
| v. | ) | |
| | ) | The Hon. Leonie M. Brinkema |
| | ) | |
| GEORGE AREF NADER, | ) | |
| *Defendant.* | ) | |

MOTION TO UNSEAL SEARCH WARRANTS

Pursuant to Local Criminal Rule 49, the United States of America by and through its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Jay V. Prabhu and Laura Fong, Assistant United States Attorneys, hereby moves this Honorable Court to unseal the Application, Search Warrant and Affidavit in the following matters:

1:18SW154 (Mar. 16, 2018);

1:18SW181 (Apr. 3, 2018);

1:18SW366 (Jul. 2, 2018);

1:18SW367 (Jul. 2, 2018);

1:19SW92 (Feb. 13, 2019)

1:19SW93 (Feb. 13, 2019)

1:19SW94 (Feb. 13, 2019)

1:19SW118 (Feb. 22, 2019)

1:19SW119 (Feb. 22, 2019)

1

1:19SW120 (Feb. 22, 2019)

1:19SW881 (Jun. 14, 2019).

The underlying search warrants have been executed.

                              Respectfully submitted,

                              G. ZACHARY TERWILLIGER
                              UNITED STATES ATTORNEY

By:      /s/ _____
                              Laura Fong
                              Jay V. Prabhu
                              Assistant United States Attorneys
                              United States Attorney's Office
                              2100 Jamieson Avenue
                              Alexandria, Virginia 22314
                              Phone: (703) 299-3700
                              Fax:   (703) 299-3981
                              Email: laura.fong@usdoj.gov